## Jackson, *ex dem.* Colden and others, *against* Brownel.

THIS cause was argued at the last *August* term, on a case which had been settled by the judge, before whom the cause had been tried ; but no decision had yet been given by the court.

*Russel*, for the defendant, now moved for leave to amend the case, on an affidavit of a mistake, in stating some of the testimony given at the trial.

*Van Vechten*, contra.

*Per Curiam.* Take your rule ; but the defendant must pay the costs of the argument in *August* term, if the plaintiff consents to a nonsuit, after the amendment, or the plaintiff may elect, within twenty days, to have a new trial, with costs, to abide the event of the suit.

Rule granted.